**Randall SCHEFFLER, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 2012–3130.

United States Court of Appeals, Federal Circuit.

July 17, 2013.

John Michael Brown, Attorney at Law, Augusta, GA, argued for petitioner.

Elizabeth M. Hosford, Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Stacey K. Grigsby, Trial Attorney. Of counsel on the brief was Jacqueline Lepan Edgerton, Labor Counselor, Office of the Staff Judge Advocate, Department of the Army, of Fort Gordon, GA.

LOURIE, SCHALL, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

* Circuit Judge Moore did not participate in the    vote.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.